IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

| | |
|---|---|
| NICOLE SHAW-OWENS, | No. C 13-02627 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| THE BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 31, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 30, 2014.

DESIGNATION OF EXPERTS: 7/21/14; REBUTTAL: 8/8/14.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 5, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by June 6, 2014;

Opp. Due June 20, 2014; Reply Due June 27, 2014;

and set for hearing no later than July 11, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 30, 2014 at 3:30 PM.

JURY TRIAL DATE: October 14, 2014 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By October 11, 2013, plaintiff shall submit his proposed amended complaint to defendant. If not stipulated that it may be filed, a motion for leave to amend shall be filed by October 25, 2013.
This case shall be referred to a magistrate judge for settlement. The settlement conference shall occur in November 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/30/13

SUSAN ILLSTON
United States District Judge