IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SHAW-OWENS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOARD OF TRUSTEES OF<br>CALIFORNIA STATE UNIVERSITY, dba<br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant.<br>                                                               / | No. C 13-2627 SI<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff has filed a motion for leave to file a second amended complaint. Docket No. 23. Defendant has filed a statement of non-opposition. Accordingly, the Court GRANTS plaintiff's motion. Plaintiff shall file the second amended complaint no later than **November 15, 2013**, and defendant shall file its responsive pleading within 10 days of the filing of the second amended complaint.

**IT IS SO ORDERED.**

Dated: November 14, 2013

SUSAN ILLSTON
United States District Judge